IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NICHITA VASILE,**                                          **09-CV-71-AC**

    **Petitioner,**                                    **JUDGMENT**

v.

**MARK NOOTH,**

    **Respondent.**

    Based on the Court's Opinion and Order (#28) issued March 9, 2011, the Court **DISMISSES** this matter **with prejudice** and **DENIES** a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 9th day of March, 2011.

                                                                 /s/ Anna J. Brown

                                                                 ANNA J. BROWN
                                                                 United States District Judge

1 - JUDGMENT